**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregorio DELGADO–BENITEZ,
Defendant–Appellant.**

No. 08–16412
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 25, 2009.

Gregorio Delgado–Benitez, McRae, GA, pro se.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

James A. Hernandez, appointed counsel for Gregorio Delgado–Benitez in this direct criminal appeal has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Delgado–Benitez's conviction and sentence are **AFFIRMED.**